**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7036**

YOUNG BOK SONG,

            Plaintiff - Appellant,

      v.

JAMES WELCH, Police Officer; MICHAEL FITZGERALD, Police
Officer; ROBERTO RIVERA, Police Officer,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
District Judge. (5:09-cv-00072-D)

Submitted: January 27, 2011      Decided: February 14, 2011

Before NIEMEYER, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Young Bok Song, Appellant Pro Se. Kathryn Stewart Lehman, James
Carlton Thornton, PARKER, POE, ADAMS & BERNSTEIN, LLP, Raleigh,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Young Bok Song appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Song v. Welch, No. 5:09-cv-00072-D (E.D.N.C. July 16, 2010). We deny Song's motions to appoint counsel and an interpreter. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2